TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00806-CV

Able Car 4 You, Inc., Appellant

v.

David Bunch, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY

NO. 99-5450A-CC2, HONORABLE ROBERT F. B. (SKIP) MORSE, JUDGE PRESIDING 

PER CURIAM

 Appellant and appellee have filed a motion to dismiss this appeal. We grant the
motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(1).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed on Agreed Motion

Filed: March 9, 2000

Do Not Publish